AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Henderson, Karen L | US Circuit Court of Appeals | 05/15/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Court Judge - Active | ☐ Nomination, Date <br> ☐ Initial ☒ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2006 to 12/31/2006 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| US Courthouse, Room 3118 <br> 333 Constitution Avenue, NW <br> Washington, DC 20001 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[X] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

[X] NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2007 MAY 14 A 10: 13 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L | 05/15/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L | 05/15/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wachovia Bank Acccount | A | Interest | J | T | | | | | |
| 2. Suntrust Bank Checking Account | A | Interest | J | T | | | | | See VIII |
| 3. Suntrust Bank Investment Account | C | Dividend | M | T | | | | | See VIII |
| 4. Allis Chalmers Energy Inc.: Common | | None | J | W | | | | | |
| 5. Citigroup Account Contains: | | | | | | | | | |
| 6. **Municipal Money Market Fund Cl A | A | Interest | J | T | | | | | |
| 7. **Bell South Corp.: Common | A | Dividend | K | T | | | | | |
| 8. **AT&T Inc. | A | Dividend | J | T | | | | | |
| 9. **Alcatel-Lucent | | None | J | T | Merger | 12/01 | J | | See VIII |
| 10. **Lucent Technologies, Inc.: Common | | None | | | Merger | 12/01 | J | | See VIII |
| 11. **NCR Corp: Common | | None | J | T | | | | | |
| 12. **Avaya Inc.: Common | | None | J | T | | | | | |
| 13. **Agere Systems Inc. | | None | J | T | | | | | |
| 14. **International Business Machines: Common | A | Dividend | J | T | | | | | |
| 15. IRA CD: Wachovia Bank | A | Interest | J | T | | | | | |
| 16. IRA: Citigroup Contains: | | | | | | | | | |
| 17. **Bell South Corp.: Common | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. **AT&T Inc.: Common | B | Dividend | K | T | | | | | |
| 19. **Citigroup Inc.: Common | B | Dividend | L | T | Transfer | 01/01 | J | | See VIII |
| 20. **Alcatel-Lucent | | None | J | T | Merger | 12/01 | J | | See VIII |
| 21. **Lucent Technologies Inc.: Common | | None | | | Merger | 12/01 | J | | See VIII |
| 22. **Intl Business Machines Corp.: Common | A | Dividend | K | T | | | | | |
| 23. **NCR Corp.: Common | | None | J | T | | | | | |
| 24. **Avaya Inc.: Common | | None | J | T | Transfer | 01/01 | J | | See VIII |
| 25. **Citigroup Cash Accounts | B | Interest | L | T | Transfer | 01/01 | J | | See VIII |
| 26. **Agere Systems Inc. | | None | J | T | Transfer | 01/01 | J | | See VIII |
| 27. **St. Paul Travelers Co.: Common | A | Dividend | J | T | Transfer | 01/01 | J | | See VIII |
| 28. Merrill Lynch Account Contains: | | | | | | | | | |
| 29. **Federal Signal Corp.: Common | B | Dividend | L | T | | | | | |
| 30. **Schlumberger Ltd: Common | B | Dividend | N | T | | | | | |
| 31. **Electronic Data Systems Corp.: Common | A | Dividend | | | Sell | 12/26 | J | C | |
| 32. **South Carolina State Budget Cntl 4.95% | B | Interest | | | Redeemed | 02/01 | K | | |
| 33. **South Carolina State Hwy 4.6% | | None | M | T | Buy | 11/06 | M | | |
| 34. **Chester SC Met Dist Wtr Rev 4.7% | C | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000 | M =$100,000 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. **South Carolina Transn Infra 5.25% | C | Interest | M | T | Buy | 02/21 | M | | |
| 36. **Horry County SC School District Series A 5.0% | B | Interest | M | T | Buy | 02/21 | M | | |
| 37. **Myrtle Beach SC Ctfs Partn Con Ctr 4.5% | B | Interest | L | T | | | | | |
| 38. **Rock Hill SC Util Sys RV 4.4% | B | Interest | K | T | | | | | |
| 39. **Piedmont Muncipal Power Agency SC 5.25% | A | Interest | J | T | | | | | |
| 40. **North Charleston SC Cop Imp-Coliseum RF OID 5.0% | B | Interest | L | T | | | | | |
| 41. **Covina-Valley CA Uni Sch DT Election 3.0% | B | Interest | | | Redeemed | 06/01 | L | | |
| 42. **SC Transn Infrastr Rev 5.0% | B | Interest | K | T | | | | | |
| 43. **Marlboro Cnty SC SD Rf Sch 2.9% | C | Interest | M | T | | | | | |
| 44. **Lexington Cnty SC SD #001 3.0% | A | Interest | J | T | | | | | |
| 45. **Spartanburg SC Pub Facs Corp 4.0% | B | Interest | K | T | | | | | |
| 46. **South Carolina St Hwy 4.6% | A | Interest | K | T | | | | | |
| 47. **Easley SC Util Rev Comb 4.0% | A | Interest | K | T | | | | | |
| 48. **Laurens Co SC Wtswc WDSR 3.0% | A | Interest | J | T | | | | | |
| 49. **Berkeley Cnty SC Sch Dist. 5.75% | B | Interest | K | T | | | | | |
| 50. **SC Transn Infrastr Rev 5.0% | C | Interest | M | T | | | | | |
| 51. **Easley SC Util Rev Comb FSA 3.0% | A | Interest | | | Redeemed | 12/01 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000.001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. **SC Jobs-EDA Hsp Fcs 5.0% | A | Interest | K | T | | | | | |
| 53. **Berkeley Co SC Sch Dist 4.7% | A | Interest | K | T | | | | | |
| 54. **Beaufort Cnty SC OID 2.875% | B | Interest | L | T | | | | | |
| 55. **South Carolina St Hwy 5.0% | B | Interest | L | T | | | | | |
| 56. **South Carolina St Hwy 5.0% | B | Interest | L | T | | | | | |
| 57. **North Charleston SC CTS 5.125% | B | Interest | K | T | | | | | |
| 58. **South Carolina Transn Infra Ser 5.1% | C | Interest | L | T | | | | | |
| 59. **Halliburton Co.: Common | A | Dividend | K | T | | | | | |
| 60. **Transocean Inc.: Common | | None | M | T | | | | | |
| 61. **Merrill Lynch Cash Accounts | D | Interest | M | T | | | | | |
| 62. **Delhaize Group Spons Adr: Common | A | Dividend | K | T | | | | | |
| 63. **El Paso Corporation: Common | A | Dividend | K | T | | | | | |
| 64. **Valhi Inc.: Common | A | Dividend | J | T | | | | | |
| 65. **DirecTV Group Inc.: Common | | None | J | T | | | | | |
| 66. **News Corp Ltd: Common | A | Dividend | J | T | | | | | |
| 67. **Raytheon Co Delaware: Common | A | Dividend | | | Sell | 12/26 | J | D | See VIII |
| 68. **Allstate Corp: Common | A | Dividend | K | T | Transfer | 02/27 | K | | See VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. **Morgan Stanley: Common | A | Dividend | K | T | Transfer | 02/27 | K | | See VIII |
| 70. **General Motors: Common | B | Dividend | | | Sell | 12/26 | K | E | See VIII |
| 71. **Delphi: Common | | None | | | Sell | 12/26 | J | | See VIII |
| 72. Merrill Lynch IRA Contains: | | | | | | | | | |
| 73. **BellSouth: Common | A | Dividend | K | T | | | | | |
| 74. **Alcatel-Lucent | A | Dividend | J | T | Merger | 12/01 | J | A | See VIII |
| 75. **Lucent Technologies Inc.: Common | | None | | | Merger | 12/01 | J | | See VIII |
| 76. **Avaya Inc.: Common | | None | J | T | | | | | |
| 77. **Agere Systems Inc.: Common | | None | J | T | | | | | |
| 78. **Merrill Lynch Cash Accounts | B | Interest | M | T | | | | | |
| 79. Wachovia Rollover IRA Contains: | | | | | | | | | |
| 80. **Evergreen Prime Cash Fund | E | Interest | P1 | T | | | | | |
| 81. The Black & Decker Corp.: Common | A | Dividend | K | T | | | | | |
| 82. Bank America Corp.: Common | E | Dividend | P1 | T | | | | | |
| 83. The Boeing Co.: Common | D | Dividend | N | T | | | | | |
| 84. Campbell Soup Co.: Common | C | Dividend | M | T | | | | | |
| 85. Colgate-Palmolive Co.: Common | D | Dividend | O | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Genereal Electric Co.: Common | F | Dividend | P1 | T | | | | | |
| 87. Delphi Automotive: Common | | None | | | Transfer | 02/27 | J | | See VIII |
| 88. General Motors Corp.: Common | A | Dividend | | | Transfer | 02/27 | K | | See VIII |
| 89. The Goodyear Tire & Rubber Co.:Common | | None | K | T | | | | | |
| 90. IBM Corp.: Common | B | Dividend | M | T | | | | | |
| 91. Exxon-Mobil Corp.: Common | D | Dividend | N | T | | | | | |
| 92. El Paso Energy: Common | A | Dividend | L | T | | | | | |
| 93. Pfizer Co.: Common | D | Dividend | N | T | | | | | |
| 94. Solutia Inc.: Common | | None | J | T | | | | | |
| 95. Marathon Group: Common | C | Dividend | M | T | | | | | |
| 96. Morgan Stanley: Common | A | Dividend | | | Transfer | 02/27 | K | | See VIII |
| 97. Sears, Inc.: Common | | None | | | Sell | 03/14 | J | D | |
| 98. Monsanto: Common | B | Dividend | L | T | | | | | |
| 99. Raytheon Co.: Common | A | Dividend | | | Transfer | 02/27 | J | | See VIII |
| 100. Chevron Corporation: Common | C | Dividend | M | T | | | | | |
| 101. The Allstate Group: Common | A | Dividend | | | Transfer | 02/27 | K | | See VIII |
| 102. Weyerhaeuser Co.: Common | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type(e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. US Steel Group: Common | A | Dividend | K | T | | | | | |
| 104. Springtree Associates Partnership: 1% Interest | C | Rent | J | W | | | | | |
| 105. Wachovia Bank Accounts: | D | Interest | M | T | | | | | |
| 106. CD: Bank of America | C | Interest | M | T | | | | | |
| 107. CD: Carolina First | B | Interest | M | T | | | | | |
| 108. CD: NBSC | B | Interest | M | T | | | | | |
| 109. Minnesota Mutual Life Insurance Policy | B | Dividend | L | T | | | | | |
| 110. John Hancock Life Insurance Policy | A | Dividend | J | T | | | | | |
| 111. Merrill Lynch SEP Contains: | | | | | | | | | |
| 112. **Merrill Lynch SEP Cash Accounts | D | Dividend | M | T | | | | | |
| 113. **Chevron Corp: Common | C | Dividend | M | T | | | | | |
| 114. Wachovia Bank Trust Contains: | | | | | | | | | |
| 115. **Valiant Tax-Exempt Money Market Fund | A | Interest | J | T | | | | | |
| 116. **Evergreen SC Municipal Bond Fund Class I | D | Dividend | M | T | Sell | 03/02 | K | A | |
| 117. **Evergreen Large Cap Equity Fund Class I | C | Dividend | L | T | Buy | 03/02 | K | | |
| 118. Wachovia Brokerage Account Contains: | | | | | | | | | |
| 119. **US Treasury Bill Due 08/17/06 | E | Interest | | | Buy | 02/13 | O | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Redeemed | 08/17 | O | | |
| 121.  **US Treasury Bill Due 03/01/07 | | None | O | T | Buy | 08/28 | O | | |
| 122.  **US Treasury Bill Due 02/02/2006 | E | Interest | | | Redeemed | 02/02 | O | | |
| 123.  **US Treasury Bill Due 03/08/2007 | | None | O | T | Buy | 09/05 | O | | |
| 124.  **US Treasury Bill Due 08/31/2006 | E | Interest | | | Buy | 02/27 | O | | |
| 125. | | | | | Redeemed | 08/31 | O | | |
| 126.  **US Treasury Bill Due 02/23/2006 | E | Interest | | | Redeemed | 02/23 | O | | |
| 127.  IRA: Citigroup Contains: | | | | | | | | | |
| 128.  **Citigroup Cash Account | | None | J | T | Transfer | 01/01 | J | | See VIII |
| 129.  **Lucent Technologies Inc.: Common | | None | | | Transfer | 01/01 | J | | See VIII |
| 130.  **Avaya Inc.: Common | | None | | | Transfer | 01/01 | J | | See VIII |
| 131.  **Agere Systems Inc.: Common | | None | | | Transfer | 01/01 | J | | See VIII |
| 132.  **Citigroup Inc.: Common | | None | | | Transfer | 01/01 | J | | See VIII |
| 133.  **St. Paul Travelers Co.: Common | | None | | | Transfer | 01/01 | J | | See VII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L | 05/15/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Page 4, Line 2 & 3: In prior years, all Suntrust accounts were reported on one line item as Suntrust bank accounts. This year the checking account and the investment account were reported separately as the Suntrust checking account and the Suntrust investment account.

Page 4, Line 9 & 10: Alcatel-Lucent was formed after the merger of Alcatel and Lucent Technologies on December 1, 2006.

Page 5, Line 19, 24, 25, 26 & 27: In prior years, two Merrill Lynch retirement accounts were reported on the Financial Disclosure Report. During 2006 the two retirement accounts were consolidated into one account. The closing of the retirement account included the transfer of cash and stocks. The transferred stocks and cash were reported on Page 12, Lines 149-154 of the 2005 Financial Disclosure Report.

Page 5, Line 20 & 21: Alcatel -Lucent was formed after the merger of Alcatel and Lucent Technologies on December 1, 2006.

Page 7, Lines 67, 68, 69, 70 & 71: These stocks were originally held outside of an investment account and were reported separately on the 2005 Financial Disclosure Report. On February 27, 2006 these stocks were transferred into the Merrill Lynch investment account.

Page 8, Line 74 & 75: Alcatel-Lucent was formed after the merger of Alcatel and Lucent Technologies on December 1, 2006.

Page 9, Line 87, 88, 96, 99 & 101: These stocks were originally held outside of an invesment account and were reported separately on the 2005 Financial Disclosure Report. On February 27, 2006 these stocks were transferred into the Merrill Lynch invesment account.

Page 11, Lines 128 - 133: In prior years, two Merrill Lynch retirement accounts were reported on the Financial Disclosure Report. During 2006 the two retirement accounts were consolidated into one account. The closing of the retirement account included the transfer of the cash and stocks. The transferred stocks and cash were reported on Page 12, Lines 149 - 154 of the 2005 Financial Disclosure Report.

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L | 05/15/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____    Date_____ 5/10/07 _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544